ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :

        - v -                   :         NOTICE OF INTENT TO
                                          FILE AN INFORMATION
ROSENDO FERRARA,                :

        Defendant.              :

- - - - - - - - - - - - - - - - x

**07CRIM1201**

*JUDGE CASTEL*

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         December 17, 2007

                                MICHAEL J. GARCIA
                                United States Attorney

                          By:   _____
                                Christine Y. Wong
                                Assistant United States Attorney

                                AGREED AND CONSENTED TO:

                          By:   _____ (awc)
                                JEREMY SCHNEIDER, Esq.
                                Attorney for Rosendo Ferrara

[ELECTRONICALLY FILED DEC 1 8 2007]

12/18/07 WHEEL A