```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
       - v -                     :
                                 :
ROSENDO FERRERA,                 :       07 Cr.
                                 :
              Defendant.         :     07CRIM1201
                                 :
- - - - - - - - - - - - - - - - x
```

JUDGE CASTEL

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_ROSENDO FERRERA_
Defendant

_/s/ Andrew D'Agostin_
Witness

_/s/ Anna Curtis for Jeremy Schneider_
Counsel for Defendant

Date:   New York, New York
        December 19, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12 19 2007

DEC 19 2007