UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

       -against-

ROSENDO FERRERA,

       Defendant.

------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08
```

07 CR 1201 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of the government, consented to by defense counsel, the pretrial conference scheduled for January 24, 2008 is adjourned until February 28, 2008 at 9:45 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow the parties to negotiate a disposition. Accordingly, the time between today and February 28, 2008 is excluded.

       SO ORDERED.

                                      P. Kevin Castel
                                      United States District Judge

Dated: New York, New York
       January 22, 2008