UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,

>   07 CR 1201 (PKC)

-against-

>   ORDER

ROSENDO FERRERA,

>   Defendant.

---------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

Upon the application of the government, consented to by defense counsel, the status conference previously scheduled for February 28, 2008 is adjourned until April 1, 2008 at 9:45 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow the parties to continue discussions of a possible disposition of this case. Accordingly, the time between today and April 1, 2008 is excluded.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       February 27, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08