```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,
```

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 5/7/08*

07 CR 1201 (PKC)

-against-

ORDER

ROSENDO FERRERA,

Defendant.

------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

Upon the application of the government, consented to by defense counsel, the status conference previously scheduled for May 7, 2008 is adjourned until June 10, 2008 at 9:45 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow the parties to continue to engage in active discussions about a possible pre-trial disposition of the case. Accordingly, the time between today and June 10, 2008 is excluded.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 7, 2008