

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  7 30 08
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2008

BY HAND

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

     Re:   United States v. Rosendo Ferrera,
          07 Cr. 1201(PKC)

Dear Judge Castel:

        The pre-trial conference in the above-referenced matter has been adjourned until August 27, 2008 at 2:15 p.m. because the parties are still engaged in active discussions about a possible pre-trial disposition of the case.

        The Government respectfully requests that time be excluded in the above-referenced matter for purposes of the Speedy Trial Act until August 27, 2008.  The Government makes this request, with the consent of counsel for the defendant, to permit the Government and the defense to continue discussions of a possible pre-trial disposition, to permit defense counsel to continue its review of the facts of the case, and to ensure the effective assistance of counsel.  The ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

*Application granted for the above stated reasons and in the interest of justice.*

*So ORDERED)*

*USDJ  7/30/08*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *William Harrington*

William J. Harrington
Assistant U.S. Attorneys
(212) 637-2331

cc by fax:    Anne Cantor, Esq.

*Part I*