```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    07 CR 1201 (PKC)

        -against-                                     ORDER

ROSENDO FERRERA,

                Defendant.
-------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the pre-trial conference previously scheduled for August 27, 2008 is adjourned until October 7, 2008 at 9:45 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow the parties to continue plea negotiations. Accordingly, the time between today and October 7, 2008 is excluded.

        SO ORDERED.

                                                      _____
                                                        P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
           August 28, 2008